# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALLANA BARONI, <br> Debtor. | CV 21-5942 DSF <br><br> Order STAYING Briefing |

    Briefing in this appeal is stayed pending the outcome in <u>In re Allana Baroni</u>, COA No. 21-60045 (9th Cir.). Appellant is to file a status report no later than May 8, 2023, and every six months thereafter until the appeal is resolved by the Ninth Circuit.

    Appellant is further to inform the Court within 14 days of an opinion being issued in the Ninth Circuit appeal. Absent further order of the Court, Appellant's opening brief in this case is due 30 days after the issuance of the mandate. Appellee's brief and Appellant's reply brief will be due in accordance with the Bankruptcy Rules.

    The Clerk is to administratively close this case until the briefing stay has concluded.

    IT IS SO ORDERED.

Date: November 9, 2022

                                                                      Dale S. Fischer <br>
                                                                      United States District Judge