JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALLANA BARONI,<br>     Debtor. | CV 21-5942 DSF<br><br>JUDGMENT |

    The Court having ordered Appellant to file a status report no later than May 30, 2023, the Court having indicated that failure to do so would result in dismissal for lack of prosecution, and Appellant not having filed the report within the time allowed by the Court,[1]

    IT IS ORDERED AND ADJUDGED that the appeal be dismissed without prejudice for failure to prosecute.

Date:  June 1, 2023

                                                       *Dale S. Fischer*
                                                     Dale S. Fischer
                                                     United States District Judge

---

[1] Appellant's counsel additionally informed the Court's Courtroom Deputy Clerk via e-mail that Appellant no longer wished to proceed with the appeal.